IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-155-F

| | |
|---|---|
| RONALD RICHARDSON, Individually, and NATIONAL ALLIANCE FOR ACCESSIBILITY, INC., a Florida not for profit corporation,<br>　　　　　Plaintiffs,<br><br>　v.<br><br>VARIETY STORES, INC., a Foreign corporation,<br>　　　　　Defendant. | **ORDER** |

Upon notice of the settlement from the parties [DE-42], and in accordance with this court's usual practice, this action is hereby DISMISSED without prejudice to either party to reopen should settlement not be consummated on or before April 14, 2014. Unless the case is reopened, counsel are DIRECTED to file their Joint Stipulation of Dismissal With Prejudice on or before that date. The Clerk of Court is DIRECTED to remove this matter from the undersigned's court calendar.

SO ORDERED. This the 17th day of March, 2014.

*James C. Fox*
James C. Fox
Senior United States District Judge